CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 2 5 2010
JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY DARNELL COLEMAN, | ) |
| Plaintiff, | ) Case No. 7:10CV00255 |
| v. | ) |
| | ) **FINAL ORDER** |
| DR. UZMA ALI, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 25th day of June, 2010.

_____
United States District Judge